# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

FILED

JUL 16 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

JOHN BLECKA, 

DEFENDANT(S).

CR 19 311

WHA

## INDICTMENT

18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography;
18 U.S.C. § 2253(a) – Criminal Forfeiture

A true bill.   True Bill

_Scott W [signature]_
Foreman

Filed in open court this __16__ day of __July 2019__.

_Rose [signature]_ ROSE MAHER
Clerk

**NO BAIL WARRANT**

_[signature]_
THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE   Bail, $ _____

1-MJJ

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

— OFFENSE CHARGED —

18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography
18 U.S.C. § 2253 – Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum ten years imprisonment (20 years if prepubescent minors or minors under 12 are involved); maximum $250,000 fine; at least five years, but up to lifetime, supervised release; and a $5,100 special assessment. (Class C felony).

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

— DEFENDANT - U.S —
▶ John Blecka

DISTRICT COURT NUMBER
CR 19  311

WHA

— PROCEEDING —
Name of Complaintant Agency, or Person (& Title, if any)
HSI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   David L. Anderson
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Ross Weingarten

FILED
JUL 16 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

— DEFENDANT —

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes    If "Yes" give date filed
been filed?   ☐ No     Month/Day/Year

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT
9                        NORTHERN DISTRICT OF CALIFORNIA
10                              SAN FRANCISCO DIVISION
11 | UNITED STATES OF AMERICA,          ) CASE NO. CR 19   311 WHA
                                        )
12 |     Plaintiff,                     ) VIOLATION:
                                        )
13 |   v.                               ) 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession
                                        ) of Child Pornography;
14 | JOHN BLECKA,                       ) 18 U.S.C. § 2253(a) – Criminal Forfeiture
                                        )
15 |     Defendant.                     )
                                        )
16                                      )
                                        )
17 |_____)

18                                 INDICTMENT

19  The Grand Jury charges:

20  COUNT ONE:        (18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography)

21      On or about May 29, 2019, in the Northern District of California, the defendant,

22                                   JOHN BLECKA,

23  did knowingly possess matter which contained at least one visual depiction that had been shipped and

24  transported using a means and facility of interstate and foreign commerce, or that was produced using

25  materials that had been mailed, shipped, and transported using any means and facility of interstate and

26  foreign commerce, including by computer, the production of which visual depiction involved the use of

27  a minor who had not attained 12 years of age engaging in sexually explicit conduct, which visual

28  depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(4)(B)

INDICTMENT

and (b)(2).

FORFEITURE ALLEGATION:      (18 U.S.C. § 2253(a))

The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offenses set forth in this Indictment, the defendant,

JOHN BLECKA,

shall forfeit to the United States of America:

    a. any visual depiction described in Title 18, United States Code, Sections 2251 or 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

    c. any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

The property to be forfeited includes, but is not limited to, a Microsoft Surface Pro Tablet, bearing serial number 017534183251.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

INDICTMENT                              2

1   All pursuant to Title 18, United States Code, Section 2253, Title 28, United States Code,
2   Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

4   DATED: 7/16/19                                    A TRUE BILL.

                                                      _____
                                                      FOREPERSON

8   DAVID L. ANDERSON
    United States Attorney

10  _____
    ROSS WEINGARTEN
11  Assistant United States Attorney

INDICTMENT                                    3